UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 1815

BOAT OWNERS ASSOCIATION
OF THE UNITED STATES

                  Plaintiff,

-against-

RICHARD DOSIN and DOSIN'S
TOWING, INC.

                  Defendants.

Civil Action No.:

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, BOAT OWNERS ASSOCIATION OF THE UNITED STATES, is affiliated with BOAT AMERICA CORP., which is an indirect wholly owned subsidiary of Berkshire Hathaway.

Dated: March 12, 2012

                                    RUBIN, FIORELLA & FRIEDMAN LLP
                                    Attorneys for BOAT OWNERS ASSOCIATION
                                    OF THE UNITED STATES

                                    By: _____
                                    James E. Mercante, Esq.
                                    Michael E. Stern, Esq.
                                    292 Madison Avenue
                                    New York, New York 10017
                                    (212) 953-2381