**JUDGE RAMOS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        **12 CV      1815**
BOAT OWNERS ASSOCIATION                Civil Action No.:
OF THE UNITED STATES

                Plaintiff,          **ORDER TO SHOW CAUSE FOR**
                                     **PRELIMINARY INJUNCTION**

-against-

RICHARD DOSIN and DOSIN'S
TOWING, INC.

                Defendants.

Upon the affidavit of Adam Wheeler sworn to the 29th day of February, 2012, and the exhibits annexed thereto, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 218, United States Courthouse, 300 Quarropas Street, in the City of White Plains and State of New York, on April 5, 2012, at 10:00 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(a) directing Defendants to immediately remove the "TowBoat U.S." service mark, signage and graphics from any towing vessel, vehicles, offices or other property of Defendants;

(b) prohibiting Defendants from using the boat bearing the "TowBoat U.S." service mark in commerce;

(c) permanently restraining and enjoining Defendants' use of the "TowBoat U.S." service mark or any colorable imitation of it in association with towing services not authorized by the Plaintiff; and

(d) awarding Plaintiff the costs of this action and attorneys' fees; and it is further

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2012
```

~~ORDERED that security in the amount of $_____ be posted by the Plaintiff prior to _____, 2012, at _____ o'clock in the _____ noon of that day,~~ and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendants on or before __5__ o'clock in the afternoon, March _23_, 2012, shall be deemed good and sufficient service thereof.

ISSUED: March 19, 2012

_____
United States District Judge

Defendants are directed to file any opposition to plaintiff's request for preliminary injunctive relief by March 30, 2012.

2