## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 12cv1815                                      Purchased/Filed: March 19, 2012
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Boat Owners Association of the United States*                Plaintiff

against

*Richard Dosin and Dosin's Towing, Inc.*                     Defendant

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

Diane Koehler, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 22, 2012, at 3:45 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Order to Show Cause for Preliminary Injunction and Declaration of Adam Wheeler

on Dosin's Towing, Inc., the Defendant in this action, by delivering to and leaving with Chad Matice AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28    Approx. Wt: 200    Approx. Ht: 6'0"
Color of skin: White    Hair color: Brown    Sex: Male    Other:

Sworn to before me on this
23rd day of March, 2012

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

Diane Koehler
Attny's File No.
Invoice·Work Order # SP1203586

1/2/PS3-87

| | |
|---|---|
| STATE OF | NEW YORK |
| COURT: | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |

INDEX NO: 12CV1815
DateFiled:

| | |
|---|---|
| Plaintiff(s)/Petitioner(s) | BOAT OWNERS ASSOCIATION OF THE UNITED STATES |
| Defendant(s)/Respondent(s) | RICHARD DOSIN, ET AL |

Vs.

STATE OF   NEW YORK
COUNTY OF: WESTCHESTER                                                                                              SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of   NEW YORK   Deponent served the within process as follows:
Process Served:   ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, DECLARATION OF ADAM WHEELer

Party Served: RICHARD DOSIN

At Location: 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON, NY 10706

Date of Service   March 23, 2012        Time of service   11:15am

☑ Check boxes that apply to this service:

**#1, INDIVIDUAL** — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2, CORPORATION** — By delivering to and leaving with _____ and that deponent knew the person so served to be the _____ of the corporation and authorized to accept service.

**#3, SUITABLE AGE PERSON** — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ]actual place of business   [ ]dwelling house(usual place of abode) within the state.

[X] **#4, AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is recipient's
[X] actual place of business    [ ]dwelling house(usual place of abode) within the state.

[X] **#5, MAILING COPY** — On March 23, 2012, deponent completed service under the last two sections by depositing a copy of the as above to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the  22  day of  March, 2012   at  8:00am
on the  22  day of  March, 2012   at  2:45pm
on the  23  day of  March, 2012   at  11:15am
on the ____ day of ____ at ____

**#6, NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address   [ ] Evading
[ ] Moved left no forwarding   [ ] Address does not exist
[ ] Other ____

**#7, DESCRIPTION** — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex:____ Color of Skin:____ Color of Hair:____ Age:____ Height:____
Weight____ Other Features____

**#8, WITNESS FEES** — $____ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

**#9, MILITARY SERVICE** — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed ____ was not.

Sworn to before me on   March 23, 2012                              _____
                                                                    Joseph Vallone
Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

112/PS 3-79

# AFFIDAVIT OF DUE DILIGENCE

| STATE OF | NEW YORK | | INDEX NO: 12CV1815 |
|---|---|---|---|
| COURT: | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | | DateFiled: |
| Plaintiff(s)/Petitioner(s) | BOAT OWNERS ASSOCIATION OF THE UNITED STATES | | |
| Defendant(s)/Respondent(s) | RICHARD DOSIN, ET AL | Vs. | |

STATE OF NEW YORK
COUNTY OF: WESTCHESTER                                                                                                                                            SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of NEW YORK. Deponent served the within process as follows:

Process Served: ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, DECLARATION OF ADAM WHEELer, Complaint for Injunctive Relief

Party Served: DOSIN'S TOWING, INC.

At Location: 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON, NY 10706

Date of Service _____  Time of service _____

☑ Check boxes that apply to this service:

- #1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
- #2, CORPORATION — By delivering to and leaving with _____ and that deponent knew the person so served to be the _____ of the corporation and authorized to accept service.
- #3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.
- #4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.
- #5, MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

- [X] #6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [X] Other Attempted 3/22/12 8:00am; 3/22/12 2:45pm; 3/23/12 11:15am Office never open. Called the Phone # listed and was told he did not know when the office would be open
- #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
  Sex:____ Color of Skin:_____ Color of Hair:_____ Age:_____ Height_____
  Weight_____ Other Features_____
- #8, WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
- #9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on March 23, 2012

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

_Joseph Vallone_ (signature)
Joseph Vallone

1/2/PS 3-78





# TOWING

**24 HR. 478-3524 SERV.**

PURSUANT T
OF THE I
AN INSURANC
REQUIRE THAT
A MOTOR VEHI
PLACE OR RE
YOU HAVE A
AUTOMOBILE
OF YOUR CH