| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 12CV1815 | AND FILED ON |

| BOAT OWNERS ASSOCIATION OF THE UNITED STATES | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| RICHARD DOSIN, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/17/2012__ at __2:35PM__, deponent did serve the within process as follows:

**Process Served:** ORDER GRANTING PRELIMINARY (PERMANENT) INJUNCTION

**Party Served:** RICHARD DOSIN          (herein called recipient) therein named.

**At Location:** 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON NY 10706

☐ By affixing a true copy of each to the door of said premises, which is recipient's
☑ actual place of business
☐ dwelling house (usual place of abode) within the state.

On __4/17/12__, deponent completed service by depositing a copy of the ORDER GRANTING PRELIMINARY (PERMANENT) INJUNCTION to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| on | Friday, April 13, 2012 | at | 4:15PM |
| on | Monday, April 16, 2012 | at | 9:20AM |
| on | Tuesday, April 17, 2012 | at | 2:35PM |

Sworn to before me on the __4/17/2012__

*Gail Williams*

GAIL WILLIAMS
Notary Public, State of New York
No. 4685052
Qualified in Westchester County
Commission Expires September 30, 2014

*Joseph Vallone*

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 12CV1815     AND FILED ON

| BOAT OWNERS ASSOCIATION OF THE UNITED STATES | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| RICHARD DOSIN, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/17/2012 at 2:35PM, deponent did serve the within process as follows:

**Process Served:** ORDER GRANTING PRELIMINARY (PERMANENT) INJUNCTION

**Party Served:** DOSIN'S TOWING, INC.         (herein called recipient) therein named.

**At Location:** 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON NY 10706

☐ By affixing a true copy of each to the door of said premises, which is recipient's
☑ actual place of business
☐ dwelling house(usual place of abode) within the state.

On 4/17/12, deponent completed service by depositing a copy of the ORDER GRANTING PRELIMINARY (PERMANENT) INJUNCTION

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| on | Friday, April 13, 2012 | at | 4:15PM |
| on | Monday, April 16, 2012 | at | 9:20AM |
| on | Tuesday, April 17, 2012 | at | 2:35PM |

Sworn to before me on the 4/17/2012

_Gail Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4655052
Qualified in Westchester County
Commission Expires September 30, 2014

Joseph Vallone
Server's License#: 1100190