STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 12CV1815          AND FILED ON          3/12/2012

| BOAT OWNERS ASSOCIATION OF THE UNITED STATES | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| RICHARD DOSIN, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK              )
                                                      ) SS
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/12/2012 at 1:50PM, deponent did serve the within process as follows:

**Process Served:** SUMMONS AND COMPLAINT FOR INJUNCTIVE RELIEF

**Party Served:** RICHARD DOSIN          (herein called recipient) therein named.

**At Location:** 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON NY 10706

☐ By affixing a true copy of each to the door of said premises, which is recipient's
☑ actual place of business
☐ dwelling house(usual place of abode) within the state.

On 4/12/12, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR INJUNCTIVE RELIEF to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| on | Tuesday, April 10, 2012 | at | 4:30PM |
| on | Wednesday, April 11, 2012 | at | 9:15AM |
| on | Thursday, April 12, 2012 | at | 1:50PM |

Sworn to before me on the 4/13/2012

*[signature]*

GAIL WILLIAMS
Notary Public, State of New York
No. 4365052
Qualified in Westchester County
Commission Expires September 30, 2014

Joseph Vallone
Server's License#: 1100190