UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOAT OWNERS ASSOCIATION
OF THE UNITED STATES

                Plaintiff,

-against-

RICHARD DOSIN and DOSIN'S
TOWING, INC.

                Defendants.

Civil Action No.: 12-cv-1815 (ER)

**ORDER TO SHOW
CAUSE FOR CONTEMPT**

Upon the Declaration of Michael Stern sworn to the 4th day of June 2012, and the exhibits annexed thereto, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 218, United States Courthouse, 300 Quarropas Street, in the City of White Plains, and State of New York, on June 27, 2012, at 11:00 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued holding Defendants in Contempt of the Court's April 25, 2012 Order Granting Preliminary Injunction, and for such other and further relief, including awarding Plaintiff the costs of this action and attorneys' fees; and it is further

ORDERED that personal service of a copy of this Order to Show Cause and annexed Declaration upon the Defendants on or before 5:00 o'clock in the afternoon, June 18, 2012, shall be deemed good and sufficient service thereof.

ISSUED: June 12, 2012
              White Plains, NY

So Ordered:

_____
United States District Judge
Edgardo Ramos

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2012