UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BOAT OWNERS ASSOCIATION OF THE
UNITED STATES,

                Plaintiff(s),      **RESCHEDULING NOTICE**

    - against -

                                            12 Civ. 1815 (ER)

RICHARD A. DOSIN JR. and DOSIN'S
TOWING, INC.,

                Defendant(s).
-----------------------------------------------------------x

The above case previously scheduled for June 27, 2012 at 11:00 am, **is hereby rescheduled to June 27, 2012 at 2:45 pm** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Plaintiff shall effectuate personal service of a copy of this Notice upon the Defendants on or before 5:00 pm, June 25, 2012 and file proof of such service.

                                                                     _____
                                                                  Gina Sicora, Courtroom Deputy

Dated:    White Plains, New York
              June 20, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2012