| | |
|---|---|
| STATE OF: NEW YORK | INDEX NO: 12CV1815 (ER) |
| COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | DateFiled: |
| Plaintiff(s)/Petitioner(s): BOAT OWNERS ASSOCIATION OF THE UNITED STATES | |
| Defendant(s)/Respondent(s): RICHARD A. DOSIN JR., ET AL | Vs. |

STATE OF NEW YORK
COUNTY OF: WESTCHESTER                                                                SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of **NEW YORK**. Deponent served the within process as follows:

Process Served: **RESCHEDULING NOTICE**
Party Served: **RICHARD A. DOSIN JR.**
At Location: **12 SOUTHSIDE AVENUE**

**HASTINGS ON HUDSON, NY 10706**

Date of Service: **June 25, 2012**       Time of service: **3:50pm**

☑ Check boxes that apply to this service:

☐ #1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☐ #2, CORPORATION — By delivering to and leaving with _____ and that deponent knew the person so served to be the _____ of the corporation and authorized to accept service.

☐ #3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ]actual place of business [ ]dwelling house(usual place of abode) within the state.

☒ #4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [X]actual place of business [ ]dwelling house(usual place of abode) within the state.

☐ #5, MAILING COPY — On **June 25, 2012**, deponent completed service under the last two sections by depositing a copy of the **Rescheduling Notice** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of **New York**.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the **21** day of **June, 2012** at **4:45pm**
on the **22** day of **June, 2012** at **9:25am**
on the **25** day of **June, 2012** at **3:50pm**
on the ___ day of ___ at ___

☐ #6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other ___

☐ #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex:___ Color of Skin:___ Color of Hair:___ Age:___ Height:___
Weight:___ Other Features:___

☐ #8, WITNESS FEES — $___ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

☐ #9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed ___ was not.

Sworn to before me on **June 25, 2012**
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

Joseph Vallone

| | |
|---|---|
| STATE OF: NEW YORK | INDEX NO: 12CV1815 (ER) |
| COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | DateFiled: |
| Plaintiff(s)/Petitioner(s): BOAT OWNERS ASSOCIATION OF THE UNITED STATES | |
| Defendant(s)/Respondent(s): RICHARD A. DOSIN JR., ET AL | Vs. |

STATE OF NEW YORK
COUNTY OF: WESTCHESTER                                     SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of **NEW YORK**. Deponent served the within process as follows:

Process Served: **RESCHEDULING NOTICE**

Party Served: **DOSIN'S TOWING, INC.**

At Location: **12 SOUTHSIDE AVENUE**

**HASTINGS ON HUDSON, NY 10706**

Date of Service: **June 25, 2012**     Time of service: **3:50pm**

Check boxes that apply to this service:

☐ #1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☐ #2, CORPORATION — By delivering to and leaving with _____ and that deponent knew the person so served to be the _____ of the corporation and authorized to accept service.

☐ #3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ]actual place of business [ ]dwelling house(usual place of abode) within the state.

☒ #4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [X] actual place of business [ ]dwelling house(usual place of abode) within the state.

☒ #5, MAILING COPY — On **June 25, 2012**, deponent completed service under the last two sections by depositing a copy of the **Rescheduling Notice** to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of **New York**.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the **21** day of **June, 2012** at **4:45pm**
on the **22** day of **June, 2012** at **9:25am**
on the **25** day of **June, 2012** at **3:50pm**
on the _____ day of _____ at _____

☐ #6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address  [ ] Evading
[ ] Moved left no forwarding  [ ] Address does not exist
[ ] Other _____

☐ #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex:____  Color of Skin:_____  Color of Hair:_____  Age:_____  Height_____
Weight_____  Other Features_____

☐ #8, WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

☐ #9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on **June 25, 2012**

Gail Williams                                    Joseph Vallone

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, **2014**