STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 12CV1815(ER)     AND FILED ON

BOAT OWNERS ASSOCIATION OF THE UNITED STATES — Plaintiff(s)/Petitioner(s)

Vs.

RICHARD DOSIN, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/15/2012 at 1:20PM, deponent did serve the within process as follows:

**Process Served:** ORDER TO SHOW CUASE FOR CONTEMPT, EXHIBITS, DECLARATION OF MICHAEL STERN

**Party Served:** DOSIN'S TOWING, INC.     (herein called recipient) therein named.

**At Location:** 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON NY 10706

☐ By affixing a true copy of each to the door of said premises, which is recipient's
☑ actual place of business
☐ dwelling house(usual place of abode) within the state.

On 6/15/12, deponent completed service by depositing a copy of the ORDER TO SHOW CUASE FOR CONTEMPT, EXHIBITS, DECLARATION OF MICHAEL STERN to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on Wednesday, June 13, 2012 at 5:50PM
on Thursday, June 14, 2012 at 9:30AM
on Friday, June 15, 2012 at 1:20PM

Sworn to before me on the 6/15/2012

GAIL WILLIAMS
Notary Public, State of New York
No. 4065052
Qualified in Westchester County
Commission Expires September 30, 2014

Joseph Vallone
Server's License#: 1100190

112/PJS 6-49

STATE OF NEW YORK             UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 12CV1815(ER)          AND FILED ON

| | |
|---|---|
| BOAT OWNERS ASSOCIATION OF THE UNITED STATES | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| RICHARD DOSIN, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/15/2012 at 1:20PM, deponent did serve the within process as follows:

Process Served: ORDER TO SHOW CUASE FOR CONTEMPT, EXHIBITS, DECLARATION OF MICHAEL STERN

Party Served: RICHARD DOSIN     (herein called recipient) therein named.

At Location: 12 SOUTHSIDE AVENUE

HASTINGS ON HUDSON NY 10706

☐ By affixing a true copy of each to the door of said premises, which is recipient's
☑ actual place of business
☐ dwelling house(usual place of abode) within the state.

On 6/15/12, deponent completed service by depositing a copy of the ORDER TO SHOW CUASE FOR CONTEMPT, EXHIBITS, DECLARATION OF MICHAEL STERN

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on Wednesday, June 13, 2012 at 5:50PM
on Thursday, June 14, 2012 at 9:30AM
on Friday, June 15, 2012 at 1:20PM

Sworn to before me on the 6/15/2012

*Gail Williams* (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4585952
Qualified in Westchester County
Commission Expires September 30, 2014

Joseph Vallone
Server's License#: 1100190

112/PS6-46